No. 92–8768. MILTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8790. WARMSLEY *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–8813. SIMMONS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8815. EDNEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8816. SPIVEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8818. VONGSAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8819. SALAZAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8820. JOHNSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8824. GRANDERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8826. COOK *v.* FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 92–8829. THOMPSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8830. TRAINER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8833. SALCIDO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–8837. MONTGOMERY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8838. WHITE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8839. RUNNELLS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.